UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| WILLIAM L & AMY M BECCONE | : | |
| | : | Bankruptcy No. 1012366 |
| Debtor(s) | : | Chapter 13 |

\* \* \* \* \* \* \* \* \* \*

HEARING TO BE HELD:

Date: **08/25/10**
Time: **10:00 A.M.**
Place: United States Bankruptcy Court
Courtroom #4, 2nd Floor
900 Market Street
Philadelphia, PA 19107-4295

\* \* \* \* \* \* \* \* \* \*

**TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307**

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1. Your Movant is Frederick L. Reigle, the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2. The Plan does not appear to be feasible.

Case 10-12366-sr    Doc 26    Filed 08/04/10    Entered 08/04/10 14:43:37    Desc Main
Document      Page 2 of 2

    WHEREFORE, the Movant requests that the Court, after hearing, enter an Order dismissing this case.

Date:   August 4, 2010                                                         Respectfully submitted,

                                                                              /S/ Frederick L. Reigle, Esq.

                                                                              FREDERICK L. REIGLE, Esq.,
                                                                              Standing Chapter 13 Trustee
                                                                              P.O. Box 4010
                                                                              Reading, Pennsylvania 19606
                                                                              Telephone:  (610) 779-1313